## ·JAMES M. KLEIN, Appellant, v. KINGSHIGHWAY ROAD· DISTRICT.

### In Banc, April 13, 1914.

For the reasons stated in Embree v. Kansas City & Liberty Boulevard Road District, *ante*, page 593, the judgment in this case is affirmed.

Appeal from New Madrid Circuit Court.—*Hon. C. B. Faris*, Judge.

AFFIRMED.

*Gresham & Moore* for appellant.

*Henry C. Riley* for respondents.

WOODSON, J.—This case is practically the same as that of W. S. Embree, et al., Appellants v. Kansas City-Liberty Boulevard Road District of Clay County, et al., Respondents, just decided. [*Ante*, p. 593.]

The parties here are different and the road district in this case is located in New Madrid county, but it was organized under the same article of the statutes which that one was.

The facts of that case and the law governing them are substantially the same as they are in this, consequently the ruling there must control here.

The judgment of the circuit court is affirmed. *Graves, Bond* and *Walker, JJ.*, concur; *Lamm, C. J., dubitante; Brown, J.*, dissents; *Faris, J.*, not sitting.